UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDL DIST. OF LA

2008 JUN 10  P 2: 2b

BY DEPUTY CLERK

| | |
|---|---|
| PLAINTIFFS:<br>JUDY POPULIS AND JACQUELINE<br>BROUSSARD | CIVIL ACTION NO. 07-672 |
| | SECTION A |
| VERSUS | JUDGE PARKER |
| DEFENDANT:<br>CAPITAL AREA TRANSIT SYSTEM | MAGISTRATE JUDGE DALBY |

*******************************************************************

## ORDER OF DISMISSAL

The parties' motion to dismiss considered,

Pursuant to Rule 41(a)(2) Fed. R. Civ. P., the Court ORDERS, ADJUDGES AND DECREES THAT:

Plaintiffs' claims in this action are hereby dismissed with prejudice with this Court retaining jurisdiction to enforce the settlement agreement between the parties.

SIGNED at Baton Rouge, Louisiana, the _10th_ day of _JUNE_ , 2008.

_____
UNITED STATES DISTRICT JUDGE